UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WARREN GANUES and DOMINIC VARRIALE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>VS.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS,<br><br>Defendants. | CASE NO. 3:14-CV-01070-AWT |

## AFFIDAVIT OF JERRY S. MCDEVITT

I, Jerry S. McDevitt, being duly sworn, deposes and says:

1. I am over 18 years old and believe in the obligations of an oath.

2. I submit this affidavit pursuant to Local Rule of Civil Procedure 83.1(d)(1) in support of the motion to admit me *pro hac vice* to represent Defendants World Wrestling Entertainment, Inc., Vincent K. McMahon, and George A. Barrios in the above-captioned action.

3. I am an attorney with the law firm of K&L Gates LLP located at K&L Gates Center, 210 Sixth Avenue, Pittsburgh, Pennsylvania, 15222-2613, telephone number 412-355-8608, fax number 412-355-6501, and e-mail address: jerry.mcdevitt@klgates.com.

4. I am a member in good standing of the bar of the Commonwealth of Pennsylvania (Bar No. 33214) and am admitted to practice before the Pennsylvania Supreme Court (admitted December 17, 1980), United States Supreme Court (admitted February 22, 1994), United States Court of Appeals for the Second Circuit (admitted November 20, 1992), United States Court of Appeals for the Third Circuit (admitted April 5, 1985), United States Court of Appeals for the Seventh Circuit (admitted November 1, 2006), United States Court of Appeals for the Eighth

Circuit (admitted October 21, 1994), United States Court of Appeals for the Ninth Circuit (admitted November 6, 2006), United States Court of Appeals for the Eleventh Circuit (admitted September 10, 2004), United States District Court for the Western District of Pennsylvania (admitted December 19, 1980), and United States District Court for the Eastern District of Wisconsin (admitted June 25, 2003).

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I designate my sponsoring attorney, Jeffrey P. Mueller of Day Pitney LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Jerry S. McDevitt

Sworn to before me this 21st day of August, 2014.

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tamara Ann Harding, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 14, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

- 2 -