# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WARREN GANUES and DOMINIC VARRIALE, on behalf of themselves and all others similarly situated, | : : : : | CASE NO. 3:14-CV-01070-AWT |
| Plaintiffs, | : | |
| VS. | : : | |
| WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS, | : : : : | |
| Defendants. | : | AUGUST 25, 2014 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN N. EISENBERG

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for Jonathan N. Eisenberg, Esq. to be admitted *pro hac vice* to appear before this Court on behalf of Defendants World Wrestling Entertainment, Inc., Vincent K. McMahon, and George A. Barrios in the above-captioned matter.

1.      Pursuant to Local Rule 83.1(d)(1), an affidavit of Attorney Eisenberg stating his qualifications for *pro hac vice* admission is attached as Exhibit A to this motion.

2.      Pursuant to Local Rule 83.1(d)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3.      Pursuant to Local Rule 83.1(d)(3), this motion is accompanied by payment of a fee of $75.00 to the Clerk of this Court.

4.      Pursuant to Local Rule 83.1(d)(4), Attorney Eisenberg will promptly file a certificate of good standing from the bar of the District of Columbia, where his primary office is located, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned counsel respectfully moves for Jonathan N. Eisenberg, Esq. to be admitted *pro hac vice* in the above-captioned matter.

DEFENDANTS WORLD WRESTLING
ENTERTAINMENT, INC., VINCENT K.
MCMAHON, and GEORGE A. BARRIOS

By:   */s/ Jeffrey P. Mueller*
      Jeffrey P. Mueller (ct27870)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103
      Phone: (860) 275-0100
      Fax: (860) 275-0343
      Email: jmueller@daypitney.com
      Their Attorney

## <u>CERTIFICATION</u>

I hereby certify that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeffrey P. Mueller*

Jeffrey P. Mueller (ct27870)
