# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WARREN GANUES and DOMINIC VARRIALE, on behalf of themselves and all others similarly situated, | :   CASE NO. 3:14-CV-01070-AWT |
| | : |
| Plaintiffs, | : |
| VS. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS, | : |
| | : |
| Defendants. | : |

## AFFIDAVIT OF JONATHAN N. EISENBERG

I, Jonathan N. Eisenberg, being duly sworn, deposes and says:

1.     I am over 18 years old and believe in the obligations of an oath.

2.     I submit this affidavit pursuant to Local Rule of Civil Procedure 83.1(d)(1) in support of the motion to admit me *pro hac vice* to represent Defendants World Wrestling Entertainment, Inc., Vincent K. McMahon, and George A. Barrios in the above-captioned action.

3.     I am an attorney with the law firm of K&L Gates LLP located at 1601 K Street, NW, Washington, D.C., 20006-1600, telephone number 202-778-9348, fax number 202-778-9100, and e-mail address: jon.eisenberg@klgates.com.

4.     I am a member in good standing of the bar of the District of Columbia (Bar Number 960427).

5.     I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      I designate my sponsoring attorney, Jeffrey P. Mueller of Day Pitney LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Jonathan N. Eisenberg
D.C. Bar Number 960427

Sworn to before me this 20th day of August, 2014.

Notary Public
My Commission Expires:

GREGORY PROCTOR
Notary Public, District of Columbia
My Commission Expires - September 30, 2018

GREGORY PROCTOR
NOTARY
PUBLIC
DISTRICT OF COLUMBIA

- 2 -