**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WARREN GANUES and DOMINIC VARRIALE, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS,<br><br>                Defendants. | Case No. 5:14-cv-01070-AWT<br><br><br><br>Dated: September 23, 2014 |
| CURTIS SWANSON, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS,<br><br>                Defendants. | Case No. 3:14-cv-01228-JCH |

**DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF MOVANT UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

Joseph P. Guglielmo, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a partner with the law firm of Scott+Scott, Attorneys at Law, LLP, proposed local counsel for Movant University of Puerto Rico Retirement System ("UPR") in the above-captioned actions (the "Action"). I am a member of the Bar of the State of New York and am admitted to this Court. I submit this declaration in support of UPR's Motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of its selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice announcing the commencement of this Action against World Wrestling Entertainment, Inc. ("WWE" or the "Company") published on PR Newswire on July 25, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of UPR's Certification.

4. Attached hereto as Exhibit C is a chart setting forth UPR's opening balance of WWE common stock owned as of October 31, 2013, the start of the Class Period, and its transactions in WWE stock during the Class Period.

5. Attached hereto as Exhibit D, is a true and correct copy of the firm résumé of Abraham, Fruchter & Twersky, LLP.

6. Attached hereto as Exhibit E, is a true and correct copy of the firm résumé of Scott+Scott, Attorneys at Law, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2014

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 23, 2014.

      s/ Joseph P. Guglielmo
Joseph P. Guglielmo (CT 27481)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 432
jguglielmo@scott-scott.com