# EXHIBIT C

**Transactions in World Wrestling Entertainment, Inc from October 31, 2013 through May 16, 2014**

University of Puerto Rico Retirement System
Opening Balance: 0 shares

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 1/23/2014 | BUY | 1,400 | $ 20.6774 |
| 1/24/2014 | BUY | 800 | $ 20.7850 |
| 1/24/2014 | BUY | 900 | $ 20.4601 |
| 1/27/2014 | BUY | 400 | $ 21.7550 |
| 1/27/2014 | BUY | 1,500 | $ 21.3500 |
| 1/27/2014 | BUY | 2,300 | $ 21.5505 |
| 1/30/2014 | BUY | 600 | $ 23.6500 |
| 1/30/2014 | BUY | 600 | $ 23.3046 |
| 3/6/2014 | SELL | 1,500 | $ 29.7847 |
| 4/7/2014 | BUY | 5,500 | $ 22.9551 |
| 4/7/2014 | BUY | 1,600 | $ 24.2240 |
| 4/10/2014 | BUY | 1,000 | $ 21.7392 |
| 4/28/2014 | BUY | 1,000 | $ 19.0597 |
| 4/29/2014 | BUY | 1,500 | $ 19.6721 |
| 4/30/2014 | BUY | 2,000 | $ 19.5106 |
| 5/1/2014 | BUY | 300 | $ 19.9821 |
| 5/2/2014 | BUY | 1,200 | $ 19.3702 |
| 5/5/2014 | BUY | 1,600 | $ 18.5064 |
| 5/7/2014 | BUY | 1,000 | $ 17.5150 |
| 5/16/2014 | BUY | 10,800 | $ 11.1034 |
| 5/16/2014 | BUY | 500 | $ 10.8850 |
| 5/16/2014 | BUY | 1,100 | $ 10.8894 |