# EXHIBIT C

# Bruce Dona

| | |
|---|---|
| **From:** | Lawrence D. Levit <LLevit@aftlaw.com> |
| **Sent:** | Monday, October 27, 2014 3:09 PM |
| **To:** | Kim Miller; Mitchell M.Z. Twersky; Joseph P. Guglielmo; brower@browerpiven.com; Mark Kindall |
| **Cc:** | Bruce Dona |
| **Subject:** | RE: WWE reply briefing schedule |

Kim:

That is correct.  We believe the Court will be prepared and we will adhere to the rules as they exist.

Larry

---

**From:** Kim Miller [mailto:Kim.Miller@ksfcounsel.com]
**Sent:** Monday, October 27, 2014 3:05 PM
**To:** Mitchell M.Z. Twersky; Lawrence D. Levit; Joseph P. Guglielmo; brower@browerpiven.com; Mark Kindall
**Cc:** Bruce Dona
**Subject:** RE: WWE reply briefing schedule

Larry,
This is to confirm that you just informed me by phone that you will not agree to my proposal below.  If that is incorrect, please let me know.

Thanks,
Kim

---

**From:** Kim Miller
**Sent:** Monday, October 27, 2014 1:10 PM
**To:** mtwersky@aftlaw.com; llevit@aftlaw.com; Joseph P. Guglielmo; brower@browerpiven.com; Mark Kindall
**Cc:** Bruce Dona
**Subject:** WWE reply briefing schedule

Dear Counsel,
As you know, reply briefs on the motions for lead must be filed before midnight on October 28, via ECF.  In light of the fact that the Court has scheduled the status conference for 11am on Wednesday, October 29, please advise all on this email by 5pm Eastern today if you will agree to file reply briefs, if any, on behalf of your respective clients by no later than noon Eastern tomorrow so that the Court has sufficient time to review the papers prior to the hearing, should it so choose?

I believe the remaining movants are now excused and therefore I did not include them in this email.

Thanks,
Kim