# EXHIBIT 19

Powering the social data arms race
(in a good way).
**http://www.shareablee.com**

Search

Powering the social data arms race
(in a good way).
**http://www.shareablee.com**

Search

About Us
rss
archive
Shareablee Reveals Top 25 Social U.S. Brands of 2014

*National Geographic is the Most Social U.S. Brand*
*Huffington Post publishes 88K posts, NBA, NFL, MLB, WWE Dominate Top Ten*
NEW YORK, Feb. 3, 2015 /PRNewswire/ — Leading social media analysis firm, Shareablee Inc.,
released the Top 25 Social U.S. Brands in 2014. The ranking reflects a growth of 108 percent in social
engagement and a total of 42B social actions in 2014 (25B on Facebook, 2B on Twitter, 15B on
Instagram).
**National Geographic** dominates the Top 25 ranking with 579M total actions (likes, comments, shares,
retweets, favorites) across Facebook, Twitter and Instagram, also ranking number one on Instagram. Of
the Top Ten, **Men's Humor** ranked number one on Facebook with 224M total actions and 396 percent
growth.
Sports Leagues dominate the social rankings capturing 15 percent of all social interactions in 2014.
Sports publisher **Bleacher Report** is the leading U.S. brand on Twitter with 12.7M engaged actions.

| | Brand | Total Actions[i] f 🐦 📷 | Total Content[ii] f 🐦 📷 | Actions per Post[ii] f 🐦 📷 | Total Fans/ Followers[iv] f 🐦 📷 |
|---|---|---|---|---|---|
| | | **Shareablee Social Scorecard: Top 25 U.S. Social Brands 2014**<br>Jan-Dec 2014  ⟪Shareablee | | | | |
| 1 | National Geographic | 579,049,190 | 9,891 | 58,543 | 52,067,327 |
| 2 | NBA | 419,918,100 | 22,376 | 18,766 | 43,684,485 |
| 3 | NFL | 299,969,864 | 20,648 | 14,528 | 22,734,400 |
| 4 | MLB | 253,242,630 | 25,066 | 10,103 | 11,503,037 |
| 5 | Men's Humor | 235,262,701 | 13,451 | 17,490 | 10,972,989 |
| 6 | WWE | 195,004,452 | 20,057 | 9,723 | 30,367,831 |
| 7 | Fox News | 153,509,385 | 20,414 | 7,520 | 14,605,273 |
| 8 | Aeropostale | 135,190,605 | 4,456 | 30,339 | 13,594,826 |
| 9 | Victoria's Secret | 132,271,358 | 3,440 | 3,8451 | 40,983,134 |
| 10 | Brandy Melville | 130,766,546 | 3,628 | 36,044 | 2,408,566 |
| 11 | The Huffington Post | 122,792,006 | 87,609 | 1,373 | 9,943,520 |
| 12 | E! Online | 118,346,989 | 33,388 | 3,545 | 16,851,238 |
| 13 | MTV | 110,165,992 | 20,026 | 5,501 | 66,278,836 |
| 14 | Forever 21 | 107,973,410 | 3,702 | 29,166 | 18,223,307 |
| 15 | Playboy | 103,609,741 | 10,386 | 9,976 | 19,242,139 |
| 16 | GoPro | 102,210,663 | 4,143 | 24,671 | 13,355,943 |
| 17 | Mercedes-Benz | 97,651,024 | 5,119 | 19,076 | 20,560,801 |
| 18 | BuzzFeed | 85,840,027 | 28,984 | 2,943 | 6,182,786 |
| 19 | Bleacher Report | 81,774,586 | 23,266 | 3,515 | 4,441,288 |
| 20 | J-14 Magazine | 81,245,168 | 13,068 | 6,217 | 5,189,663 |
| 21 | Urban Outfitters | 80,464,272 | 5,297 | 15,191 | 5,368,939 |
| 22 | ABC News | 76,441,259 | 23,036 | 3,318 | 9,878,299 |
| 23 | BET | 76,331,235 | 13,059 | 5,845 | 7,310,776 |
| 24 | Hollister Co. | 74,504,774 | 4,441 | 16,777 | 15,207,429 |
| 25 | People | 74,337,005 | 34,982 | 2,093 | 11,595,042 |

i Total actions metric includes the total volume of post-level likes, shares, favorites, retweets and comments.

ii Total content includes all posts, tweets and media posted by each brand across platforms.

iii Actions per post metric notes the average number of actions garnered by each brand.

iv Total fans/followers includes fans/followers for all properties under each brand as of December 31, 2014.

"The social media marketplace saw huge shifts in 2014, with many brands moving towards measuring audience impressions, clicks, and thinking cross-platform," Shareablee CEO and Founder Tania Yuki said. "Video is the biggest opportunity, growing 147 percent in 2014, with Twitter Video in particular showing massive engagement growth at 963 percent. We also saw huge enthusiasm for social click-throughs this past year with some social native publishers seeing up to 425 percent growth in referral traffic."

Other notable findings include:

The Top 5 Brands on Facebook: *Men's Humor* (224M actions), *Fox News* (150M actions), *NBA* (138.5M actions), *WWE* (135.9M actions), *The Huffington Post* (113.6M actions)

The Top 5 Brands on Twitter: *Bleacher Report* (12.7M actions), *NFL* (12.6M actions), *Men's Humor* (11.3M actions), *E! Online* (10.2M actions), *NBA* (9.9M actions)

The Top 5 Brands on Instagram: *National Geographic* (519.3M actions), *NBA* (271.6M actions), *MLB* (218.1M actions), *NFL* (204.1M actions), *Brandy Melville* (130.5M actions)

Media Publishing captured the largest share of voice at 31 percent, followed by TV and Sports, each at 23 percent, and Retail, 15 percent

Subscribe to Shareablee's newsletter to receive the latest news, events and rankings.

⇄
♥

February 3, 2015 (9:43 am)
1 notes
#shareablee
#Social media
#top brands
#2014
#national geographic
#the huffington post
#nba
#nfl
#mlb
#wwe
#menshumor
#fox news
#aeropostale
#victoria's secret
#brandy melville
#e! online
#mtv
#playboy
#forever21
#gopro
#mercedes-benz
#buzzfeed
#bleacher report
#j-14 magazine
#urban outfitters
#abc news
#BET
#hollister co.
#people
#social video

 nharperc likes this
shareablee posted this