UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | )|
|---|---|
| | ) |
| IN RE WORLD WRESTLING ENTERTAINMENT, | ) |
| INC. SECURITIES LITIGATION | ) Civil No: 14-cv-1070 (AWT) |
| | ) |
| | ) |
| | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Nicole A. Veno, counsel of record for Plaintiff Mohsin Ansari in this action, hereby moves to withdraw as counsel of record as she is leaving Izard Nobel LLP. Plaintiff Ansari will continue to be represented by Lewis S. Khan of Kahn Swick & Foti, LLC and Mark P. Kindall of Izard Nobel LLP. A copy of this motion has been sent to Plaintiff Ansari.

DATED: April 15, 2016            Respectfully submitted,

                                        By: /s/ Nicole A. Veno
                                             Nicole A. Veno
                                             Izard Nobel LLP
                                             29 South Main Street, Suite 305
                                             West Hartford, CT 06107
                                             (860) 493-6292
                                             nveno@izardnobel.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2016, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which will serve notice upon all counsel of record.

                           /s/ Nicole A. Veno
                           Nicole A. Veno